IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 17-cr-00119-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUAN AMAYA,
    a/k/a "Pee Wee",
2. GEORGE AMAYA,
3. KEITH REED, and
4. DIEGO MOLINA-CHAVEZ,

    Defendants.

## PROTECTIVE ORDER FOR DISCOVERY

This matter comes before the Court on the government's Unopposed Motion for Protective Order [Docket No. 40] for photographs, recorded phone calls, and audio and video recordings. Pursuant to Fed. R. Crim. P. 16(d)(1), and for good cause shown, it is

**ORDERED** that defense counsel shall keep the discovery and any notes or other materials prepared based upon or referring to the photographs, recorded phone calls, and audio and video recordings, and the identity of the individuals in these materials in confidence and shall use them exclusively in connection with this case (including trial preparation, trial, and appeals or other related legal proceedings) and for no other purpose. It is further

**ORDERED** that the discovery containing the photographs, recorded phone calls, and audio and video recordings may be viewed only by defense counsel, the defendants,

and members of the defense team, including any defense investigators, staff, and document or data management consultants, as necessary for the purposes of preparing a defense in this case. Defense counsel shall ensure that members of the defense team will read this Order and are informed of their responsibility to safeguard this information. It is further

**ORDERED** that defense counsel and/or their staff shall make copies of the discovery containing the photographs, recorded phone calls, and audio and video recordings only as necessary to prepare a defense in this case. At the conclusion of the case, by entry of the Court's judgment, counsel shall retain all discovery, including copies, in their files pursuant to any ethical obligations. It is further

**ORDERED** that no copies of the discovery containing the photographs, recorded phone calls, and audio and video recordings shall be provided to the defendants, their family members, friends, or associates, under any circumstances without petition to and further order of the Court. The defendants may be allowed to view the discovery containing the photographs, recorded phone calls, and audio and video recordings, but only while in the direct presence of the defense counsel. It is further

**ORDERED** that a copy of this Order shall be kept with the records at all times.

Dated June 2, 2017.

                                        **BY THE COURT:**

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge